```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                        ATHENS DIVISION
```

LOGANVILLE PROPERTIES KI, LLC,   \*

    Plaintiff,   \*

vs.   \*

                                            CASE NO. 3:23-CV-111 (CDL)

SPECIAL HESTER,   \*

    Defendant.   \*

## O R D E R

Defendant removed this action from the Magistrate Court of Walton County to this Court and filed a motion for leave to proceed *in forma pauperis* ("IFP"). Because the motion did not provide enough information to determine whether Defendant qualified to proceed IFP, The Court ordered Defendant to recast the motion for leave to proceed IFP. Defendant did not file a recast motion, so the Court denied the motion for leave to proceed IFP and ordered Defendant to pay the filing fee within seven days after the Court's November 6, 2023 order. Defendant did not pay the filing fee, and the Court ordered Defendant to show cause why this action should not be dismissed for failure to comply with the Court's order to pay the filing fee. The deadline for Defendant to show cause was seven days from November 21, 2023. The Court warned that failure to respond would result in the dismissal of this action (meaning the Notice of Removal) for failure to comply. Defendant did not

respond to the show cause order.  Therefore, the Notice of Removal in this action is dismissed without prejudice, and this action is remanded to the Magistrate Court of Walton County.

    IT IS SO ORDERED, this 4th day of December, 2023.

                                        s/Clay D. Land
                                        CLAY D. LAND
                                        U.S. DISTRICT COURT JUDGE
                                        MIDDLE DISTRICT OF GEORGIA