IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| LOGANVILLE PROPERTIES KI LLC d/b/a Alexander Crossing PDQ Servies, Inc., | * | |
| | * | |
| Plaintiff, | | Case No.   3:23-cv-111-CDL |
| v. | * | |
| SPECIAL HESTER, | * | |
| Defendant. | * | |

## J U D G M E N T

Pursuant to this Court's Order dated December 4, 2023, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Magistrate Court of Walton County, Georgia.

This 4th day of December, 2023.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk